UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GWENDOLYN MITCHELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HON. JANET L. YELLEN, )<br>)<br>Defendant. ) | Civil Action No.: 17-cv-00182-APM |

## AFFIDAVIT OF SERVICE

I hereby affirm that on February 01, 2017, the Summons in the above-captioned matter was served on fee to Channing D. Phillips, U.S. Attorney, U.S. Attorney's Office, 555 4th Street, N.W., Washington, D.C. 20530. The Acknowledgement of Receipt with Signature is attached.

I hereby affirm under penalty of perjury that the foregoing statements are true and correct.

03/01/17
Executed on

Sophie Cam, Legal Assistant
Swick & Shapiro, P.C.
1101 15th Street, N.W., Suite 205
Washington, DC 20005
(202) 842-0300

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Case 17-00182-APM

*GWENDOLYN MITCHELL v .HON. JANET L. YELLEN*

Summons to:    Channing D. Phillips, U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Received on: __2/1/17__
Date

Received by: _____ (Signature)
Cynthia Parker (Print Name)

Office of the United States Attorney for the District of Columbia
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

(Via Lasership Couriers)