# Exhibit Q

# Gwendolyn Mitchell

| | |
|---|---|
| **From:** | Michael Kraemer |
| **Sent:** | Monday, June 27, 2016 9:46 AM |
| **To:** | OCDO Managers |
| **Cc:** | Michael Davis; Kevin May |
| **Subject:** | Vantage Report -Unacceptable behaviors -FRSONLY- |
| **Attachments:** | OCDO Climate Assessment v2.docx |

INTERNAL FR

Attached is the list of the 9 items that were shared with the OCDO staff at the recent All-Hands meeting resulting from the Vantage facilitation effort. Several people have asked about sharing it so I am providing it you as both a guide and in case staff have questions. As I stated with all the staff, these behaviors are unacceptable and we need to collectively hold ourselves accountable; that includes officers, managers, and staff. To that end, we need to find an approach in which these issues are called out or brought to management attention on a real time basis. In order to have effective accountability, we need to respond when incidents occur to reinforce the desired outcome.

Please let me know if there are any questions.

Mike

**Michael Kraemer**
Chief Data Officer



Federal Reserve Board of Governors
Office: 202-973-5093 Cell: 202-250-9495

1

000373

## Issues you Specifically Identified

These are examples of behaviors that are unacceptable in a professional business environment and will be monitored and addressed going forward:

1) Yelling
2) Yelling while pointing directly at an individual
3) Insulting the work of others as having no value
4) Referring to other employees or their work as "stupid"
5) Pounding on desks or tables
6) Swearing at another staff member
7) Walking out on meetings
8) Purposefully withholding information from others
9) Intentionally presenting false information in meetings

000375